AUSA Rebekah Holman (312) 469-6233

**FILED**
APR 04 2017
MAGISTRATE JUDGE
SHEILA M. FINNEGAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY HAYES | Case No.: 17 CR 217<br>Magistrate Judge Sheila Finnegan |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, MICHAEL LOVERNICK, personally appearing before United States Magistrate Judge Sheila Finnegan and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that ANTHONY HAYES has been charged by Indictment in the Eastern District of Missouri with the following criminal offense: interstate transportation of stolen property, in violation of Title 18, United States Code, Sections 2314 and 2.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

MICHAEL LOVERNICK
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 4th day of April, 2017.

SHEILA FINNEGAN
United States Magistrate Judge

**FILED**
APR 04 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
WILLIAM CURRY, )
MATTHEW GIBSON, ) 4:17CR132 JAR/JMB
DEVONTE HOLLIDAY, )
ANTHONY HAYES, )
FONTAIN PLUMMER, )
)
Defendants. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 26, 2016, in St. Louis County within the Eastern District of Missouri and elsewhere,

**WILLIAM CURRY,
MATTHEW GIBSON,
DEVONTE HOLLIDAY,
ANTHONY HAYES, and
FONTAIN PLUMMER,**

the Defendants herein, and others known and unknown, did knowingly and intentionally transport, transmit and transfer stolen merchandise of a value of $5,000 or more from the State of Missouri to the State of Illinois.

In violation of Title 18, United States Code Section 2314 and 2.

### FORFEITURE ALLEGATION

The United States Attorney further finds by probable cause that:



FILED

APR -4 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1. Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 2314 as set forth in Count I, the defendants shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to such violation(s).

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to such violation(s).

3. Specific property subject to forfeiture includes, but is not limited to, the following:

   a) Chanel Handbag; SKU: #3572636321479, Color: Red, Style: Red Coco Curve, Authenticity #23129551;

   b) Chanel Handbag, Color: Neon Orange, Style: Patent Bag Orange Mini, Authenticity #21965445;

   c) Chanel Handbag, Color: Neon Orange, Style: Patent Bag Orange Mini, Authenticity #21965450;

   d) Chanel Handbag, SKU: 3572637289280, Color: Navy Blue, Style: Navy Bucket, Authenticity #23529023;

   e) Chanel Handbag, SKU: 3572637626276, Color: Black, Authenticity #23482393;

   f) Chanel Handbag, SKU: 3572635035681, Color: Neon Blue, Style: Blue Patent Boy, Authenticity #21946770;

   g) Chanel Handbag, SKU: 3572635872453, Color: Pink, Style: Pink Chevron, Authenticity #22070146;

h) Chanel Handbag, SKU #3572637293365, Color: Navy Blue, Style: Navy Boy, Authenticity #23385532;

i) Chanel Handbag, SKU: 3572637621417, Color: Blue, Style: Jumbo Classic, Authenticity #23599795;

j) Chanel, SKU: 3572632133199, Color: Maroon, Style: Wallet, Authenticity #19660520;

k) Chanel, SKU: 3572632133199, Color: Maroon, Style: Wallet, Authenticity #19660493;

l) Chanel Handbag, SKU: 3572637625187, Color: Blue/Ivory, Style: Mini-Boy, Authenticity #23562542;

m) Chanel Handbag, SKU: 3572637038451, Color: Red, Authenticity #23240035;

n) Chanel Handbag, SKU: 3572637292389, Color: Pink, Style: Pink Boy, Authenticity #23387315;

o) Chanel Handbag, SKU: 35726376252930, Color: Pink/Ivory, Style: Small Boy, Authenticity #23557803;

p) Givenchy Handbag, SKU: 3594655628247, Color: Night Blue;

q) Chanel Handbag, SKU: 3572635939231, Color: Black, Style: Chevron-Bucket Urban Spirit;

r) Chanel Handbag, Color: Pink, Style: Pale Pink Mini;

s) Chanel Handbag, SKU: 3572635520422, Color: Blue, Style: Denim Classic;

t) Chanel Handbag, SKU: 3572635872552, Color: Black, Style: Black

Chevron Med Mag;

u) Chanel Handbag, SKU: 3572635872552, Color: Black, Style: Black Chevron Med Mag;

v) Chanel Handbag, SKU: 3572637289020, Color: Red, Style: Red Mini Bucket, Authenticity #23395103;

w) Chanel Handbag, SKU: 3572637289020, Color: Red, Style: Red Mini Bucket, Authenticity #23395767;

x) Chanel Handbag, SKU: 3572637289051, Color: Black, Style: Black Mini Bucket;

y) Chanel Handbag, SKU: 3572637625187, Color: Red, Style: Jumbo Classic, Authenticity #23599795;

z) Chanel Handbag, SKU: 3572637292372, Color: Fuchsia Pink, Style: Small Boy, Authenticity #23321976;

aa) Chanel Handbag, SKU: 3572637239353, Color: Black, Style: CC Trendy;

bb) Chanel Handbag, SKU: 3572637241035, Color: Black, Style: Tote Bus Affinito;

cc) Chanel Handbag, SKU: 3572637530245, Color: Coral, Style: Natural Coral Mini, Authenticity #23555161; and

dd) Chanel Handbag, SKU: 3572367626252, Color: Khaki/Brown, Style: Khaki Tote, Authenticity #23579069.

4. If any of the property described above, as a result of any act or omission of the defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

CARRIE COSTANTIN
Acting United States Attorney

*[signature]*

THOMAS C. ALBUS, #46224MO
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America, | ) |
| v. | ) |
| ANTHONY HAYES | ) 4:17CR132 JAR/JMB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*

### ANTHONY HAYES

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interstate transportation of stolen property – In violation of Title 18, United States Code, Sections 2314 and 2

DETENTION

Date: March 22, 2017

*Issuing Officer's Signature*

GREGORY J. LINHARES
Clerk, United States District Court
*Printed Name and Title*

City and State: St. Louis, MO

### RETURN

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
At *(city and state)* _____.
Date: _____

*Arresting Officer's Signature*

*Printed name and title*