IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA

Plaintiff(s),

v.

Anthony Hayes,

Defendant(s).

Case No. 17cr217
Judge Sheila Finnegan

## ORDER

Initial appearance and removal hearing held on 4/4/2017. Defendant Anthony Hayes appears following arrest on 4/4/2017. Defendant advised of charges contained in indictment returned by grand jury in the U.S. District Court for the Eastern District of Missouri, and penalties available under the law and informed of his rights. Enter order appointing Josh Adams as counsel for defendant for this hearing only subject to the Court receiving financial information and making a finding of inability to afford counsel. Defendant waives identity hearing. The Government orally moves for pretrial detention on the grounds that if released the defendant poses a serious risk of flight. The detention hearing is set on 4/7/2017 at 11:00 a.m. Defendant shall remain in federal custody until further order of the Court.

(00.10)

Date: 4/4/2017

_____
Sheila Finnegan
United States Magistrate Judge

2017 APR -5 AM 9:11