IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA,

Plaintiff(s),

v.

Anthony Hayes,

Defendant(s).

Case No. 17cr217
Judge Sheila Finnegan

## ORDER

Detention hearing held on 4/7/2017. Government and defendant agree on certain proposed conditions of release. Court enters order setting conditions of release and appearance bond for $4,5000.00 signed by defendant and Jovona Bell. Enter Order requiring Defendant to appear in the United States District Court, Eastern District of Missouri where charges are pending. Since there is no current date for Defendant to appear in the Eastern District of Missouri, and Defendant has a pending juvenile case, he will be released to the custody of the Cook County Juvenile Detention Center. Defendant is ordered to report to the U.S. Pretrial Services Officer by 3 p.m. following his release by the Cook County Juvenile Detention Center.

(00.10)

Date: 4/7/2017

_____
Sheila Finnegan
United States Magistrate Judge

2017 APR 10 PM 3:18