

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                      312-435-5670
**Clerk**

## Transfer of Criminal Case

Date:  4/11/17

Address:  Eastern District of Missouri

Case Title:  USA v. Anthony Hayes

Northern District of Illinois Case No.:  17 CR 217    Other Court's Case No.:  17 CR 132

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                          ☐ In    ☒ Out

☒ Order.
☒ Commitment Order.
☒ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

☐ **F.R.Cr.P. 20**    ☐ **F.R.Cr.P. 21**                    ☐ In    ☐ Out

☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/Laura Springer
    Deputy Clerk

---

## TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

                                                 Clerk, U.S. District Court
Date:                                            By:
                                                 Deputy Clerk