**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in all criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation or state that a defendant did not cooperate with the government. The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.**

CJA

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CRIMINAL DOCKET FOR CASE #: <u>4:17−cr−00132−JAR−4</u>

Case title: USA v. Curry et al

Date Filed: 03/22/2017
Date Terminated: 12/15/2017

Assigned to: District Judge John A. Ross

**<u>Defendant (4)</u>**

**Anthony Hayes**
*TERMINATED: 12/15/2017*

represented by **Gregory N. Smith**
LAW OFFICE OF GREGORY N. SMITH, L.L.C.
7733 Forsyth Boulevard
Suite 1850
St. Louis, MO 63105
314−721−6677
Fax: 314−721−1710
Email: gregs@gnsmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

**<u>Pending Counts</u>**

Interstate transportation of stolen property
(1rr)

INTERSTATE TRANSPORTATION OF STOLEN PROPERTY
(2rs)

**<u>Disposition</u>**

The defendant is hereby sentenced to probation for a term of: five years. This sentence shall run consecutive to any sentence that may be imposed in Docket No. 16CF1197, in Circuit Court, Du Page County, Illinois and Docket No. 16CR1565503, in Circuit Court, Cook County, Illinois. Restitution is ordered in the amount of $159,185.00. A Special Assessment of $100.00 is due immediately.



GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY:

1

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY (1rs) | Dismissed on motion of the Government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Thomas C. Albus** |
|---|---|---|
| | | UNITED STATES ATTORNEY'S OFFICE − STL |
| | | Department of Justice |
| | | 111 S. Tenth St. |
| | | 20th Floor |
| | | St. Louis, MO 63102 |
| | | 314−539−2200 |
| | | Fax: 314−539−2309 |
| | | Email: tom.albus@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | *Bar Status: Gov* |

 Email All Attorneys
(will not send to terminated parties)

 Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/22/2017 | 1 | | INDICTMENT returned in open court on 3/22/2017 to Judge Henry E. Autrey by the Foreperson of the Grand Jury. Referred to Magistrate Judge John M. Bodenhausen as to William Curry (1) count(s) 1, Matthew Gibson (2) count(s) 1, Devonte Holliday (3) count(s) 1, Anthony Hayes (4) count(s) 1, Fontain Plummer (5) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) FORFEITURE ALLEGATION(DLB) (Entered: 03/22/2017) |
| 03/22/2017 | 2 | 8 | REDACTED INDICTMENT returned in open court on 3/22/2017 to Judge Henry E. Autrey by the Foreperson of the Grand Jury. Referred to Magistrate |

2

| | | |
|---|---|---|
| | | Judge John M. Bodenhausen as to William Curry (1): Former count 1 is now count 1r. Matthew Gibson (2): Former count 1 is now count 1r. Devonte Holliday (3): Former count 1 is now count 1r. Anthony Hayes (4): Former count 1 is now count 1r. Fontain Plummer (5): Former count 1 is now count 1r.. (DLB) (Entered: 03/22/2017) |
| 03/22/2017 | 3 | ENTRY OF ATTORNEY APPEARANCE Thomas C. Albus appearing for USA. (DLB) (Entered: 03/22/2017) |
| 03/22/2017 | 4 | Order:...IT IS BY THE COURT ORDERED that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody or has given bail for the defendant's final appearance. Order as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer. Signed by District Judge Henry Edward Autrey on 3/22/2017. (DLB) (Entered: 03/22/2017) |
| 03/22/2017 | 8 | MOTION for Pretrial Detention and Hearing by USA as to Anthony Hayes. (DLB) (Entered: 03/22/2017) |
| 03/22/2017 | | Warrants Issued as to Indictment in case as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer. (DLB) (Entered: 03/22/2017) |
| 03/22/2017 | 10 | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 03/22/2017) |
| 04/04/2017 | | Arrest of defendant Anthony Hayes date of arrest: 4/4/2017 on charging papers from Northern District of Illinois (CLO) (Entered: 04/11/2017) |
| 04/06/2017 | 23 | Warrant Returned Executed as to Indictment on 4/4/17 in case as to Anthony Hayes (LGK) (Entered: 04/07/2017) |
| 04/07/2017 | 18 | ORDER :I T IS HEREBY ORDERED that the undersigned United States Magistrate Judge is disqualified from handling any matters in this case, and the Clerk of Court shall randomly reassign the case to another United States Magistrate Judge. Signed by Magistrate Judge John M. Bodenhausen on 4/7/17. (LGK) (Copy of order emailed to U.S. Atty, Tom Albus) (Entered: 04/07/2017) |
| 04/07/2017 | 19 | REASSIGNMENT ORDER (GJL). Magistrate Judge John M. Bodenhausen reassigned. Case referred to Magistrate Judge David D. Noce for further proceedings. (KXS) (Entered: 04/07/2017) |
| 04/07/2017 | 20 | LETTER LIFTING SUPPRESSION − Indictment/Superseding Indictment unsealed as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer (DLB) (Entered: 04/07/2017) |
| 04/07/2017 | 21 | NOTICE by USA as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer of: Related Case (Albus, Thomas) (Entered: 04/07/2017) |
| 04/07/2017 | 22 | MOTION for Hearing *on Initial Appearance on E.D. Missouri as to Defendants on bond* by USA as to Devonte Holliday, Anthony Hayes. (Albus, Thomas) (Entered: 04/07/2017) |

| 04/07/2017 | 31 | | Appearance Bond Entered as to defendant Anthony Hayes in amount of $ 4,500.00, Unsecured Signed by Magistrate Judge Sheila Finnegan of Northern District of Illinois on 4/7/2017. (CLO) (Entered: 04/11/2017) |
|---|---|---|---|
| 04/07/2017 | 32 | | ORDER Setting Conditions of Release by Defendant Anthony Hayes. as to Anthony Hayes (4) $4500.00, Unsecured. Signed by Judge Sheila Finnegan of Northern District of Illinois on 4/7/2017. (CLO) (Entered: 04/11/2017) |
| 04/11/2017 | 30 | | Rule 5(c)(3) Documents Received as to Anthony Hayes (CLO) (Entered: 04/11/2017) |
| 04/12/2017 | 34 | | MOTION for Hearing *on Initial Appearance in the Eastern District of Missouri* by USA as to Devonte Holliday, Anthony Hayes. (Albus, Thomas) (Entered: 04/12/2017) |
| 04/13/2017 | 35 | | ORDER SETTING ARRAIGNMENT: IT IS HEREBY ORDERED that the government's motion for defendants Anthony Hayes and Devonte Holliday to appear in this District (ECF No. 34 ) is sustained. The arraignment of defendants Anthony Hayes and Devonte Holliday is set for Tuesday, April 25, 2017 at 2:00 p.m. in the courtroom of the undersigned. Signed by Magistrate Judge David D. Noce on 4/13/2017. (CLO) (Entered: 04/13/2017) |
| 04/13/2017 | 37 | | CJA 20 as to Anthony Hayes. Appointment of Attorney Gregory N. Smith Signed by Magistrate Judge David D. Noce on 4/13/2017. (CLO) (Entered: 04/17/2017) |
| 04/14/2017 | 36 | | ENTRY OF ATTORNEY APPEARANCE: by Gregory N. Smith on behalf of Anthony Hayes (Smith, Gregory) (Entered: 04/14/2017) |
| 04/25/2017 | 75 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Anthony Hayes (4) Count 1r held on 4/25/2017. Evidentiary Hearing set for 6/14/17 @ 9:00AM before Magistrate Judge David D. Noce. (FTR Gold Operator initials:JBernsen) (FTR Gold: Yes) (proceedings started: 2:19PM) (proceedings ended: 2:21PM) (Defendant Location: BOND) (JAB) (Entered: 04/25/2017) |
| 04/25/2017 | 76 | | MOTION For Additional Time To Obtain and Review Discovery Materials and To Determine Whether and/or What Pretrial Motions are to be Filed by Anthony Hayes. (JAB) (Entered: 04/25/2017) |
| 04/25/2017 | 77 | | Oral Motion to Suppress by Anthony Hayes. (JAB) (Entered: 04/25/2017) |
| 04/25/2017 | 78 | | Oral Motion by Government for Determination by Court of Admissibility of Arguably Suppressible Evidence by USA as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer. (JAB) (Entered: 04/25/2017) |
| 04/25/2017 | 79 | | ORDER CONCERNING PRETRIAL MOTIONS as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer. Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information not later than April 28, 2017. IT IS FURTHER ORDERED that defendants oral motion for extension of time within which to file motions is GRANTED 70 , 67 , 64 , 73 , 76 . The parties shall respond to any such request for pretrial disclosure not later than May 4, 2017. Counsel for defendant to file with the court a |

| | | memorandum if defendant chooses not to file any pretrial motions not later than June 7, 2017. Criminal Pretrial Motion due by 6/7/2017. Evidentiary Hearing set for 6/14/2017 09:00 AM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 4/25/17. (KKS) (Entered: 04/25/2017) |
|---|---|---|
| 06/05/2017 | 86 | WAIVER of Filing Pretrial Motions by Anthony Hayes (Smith, Gregory) (Entered: 06/05/2017) |
| 06/07/2017 | 89 | MOTION to Suppress Impermissably Suggestive Identification by William Curry as to William Curry, (Smith, Andrea) Modified on 6/23/2017−corrected filer (JAB). (Entered: 06/07/2017) |
| 06/07/2017 | 90 | MOTION for Disclosure by William Curry as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer. (Smith, Andrea) (Entered: 06/07/2017) |
| 06/08/2017 | 92 | MOTION to Modify Conditions of Release by Anthony Hayes. (Smith, Gregory) (Entered: 06/08/2017) |
| 06/09/2017 | 96 | Docket Text ORDER as to Anthony Hayes Re: 92 MOTION to Modify Conditions of Release by Anthony Hayes. (Smith, Gregory) filed by Anthony Hayes; ORDERED GRANTED. Signed by Magistrate Judge David D. Noce on 06/09/2017. (ABK) (Entered: 06/09/2017) |
| 06/14/2017 | 101 | Minute Entry for proceedings held before Magistrate Judge David D. Noce:In Court Hearing (Waiver of Motions) as to Anthony Hayes held on 6/14/2017. Defendant waives filing pretrial motions. Defendant waives evidentiary hearing. (FTR Gold Operator initials:COlliges) (FTR Gold: Yes) (proceedings started: 9:12 am) (proceedings ended: 9:14 am) (Defendant Location: BOND) (CLO) (Entered: 06/14/2017) |
| 06/14/2017 | 106 | NOTICE OF PRETRIAL MOTION WAIVERS as to Devonte Holliday, Anthony Hayes: The following motions are withdrawn: Docs. 74, 78. Docs. 77−78. IT IS HEREBY ORDERED that further proceedings will be set by the district judge. Signed by Magistrate Judge David D. Noce on 6/14/2017. (CLO) (Entered: 06/14/2017) |
| 06/14/2017 | 107 | BAIL REPORT(FILED UNDER SEAL) as to Anthony Hayes. (Attachments: # 1 ND/IL Bail Report)(LCL) (Entered: 06/14/2017) |
| 07/31/2017 | 117 | ORDER as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer: IT IS HEREBY ORDERED that the jury trial in this matter as to defendants William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes and Fontain Plumber is set for Tuesday, September 5, 2017 at 9:00 a.m. Signed by District Judge John A. Ross on 7/31/17. (JAB) (Entered: 07/31/2017) |
| 08/07/2017 | 119 | ORDER Setting Forth Trial Procedures in Criminal Cases as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer: IT IS HEREBY ORDERED that the Jury Trial in this matter as to defendants William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer is set for Tuesday, September 5, 2017 at 9:00 a.m. (SEE ORDER FOR DETAILS) Signed by District Judge John A. Ross on 8/7/2017. (CLO) (Entered: 08/07/2017) |

| | | | |
|---|---|---|---|
| 08/17/2017 | 121 | | ORDER as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer ; IT IS HEREBY ORDERED that the Jury Trial in this matter is rescheduled for Monday, September 11, 2017 at 8:30 a.m. IT IS FURTHER ORDERED that the Final Pretrial Conference is scheduled for Thursday, September 7, 2017 at 1:30 p.m. IT IS FURTHER ORDERED that the parties shall file all Motions in Limine as well as proposed jury instructions no later than 12:00 p.m. on September 6, 2017. Signed by District Judge John A. Ross on 8/17/17. (KKS) (Entered: 08/17/2017) |
| 09/06/2017 | 130 | | SCHEDULING ORDER as to Anthony Hayes ; IT IS HEREBY ORDERED that the possible change of plea hearing as to defendant Anthony Hayes is set for September 11, 2017 at 3:00 p.m. in Courtroom 12N before District Judge John A. Ross. Signed by District Judge John A. Ross on 9/6/17. (KKS) (Entered: 09/06/2017) |
| 09/06/2017 | 140 | | ORDER as to William Curry, Matthew Gibson, Devonte Holliday, Anthony Hayes, Fontain Plummer: IT IS HEREBY ORDERED that the Final Pretrial Conference scheduled for September 7, 2017, and the Jury Trial in this matter scheduled for September 11, 2017 are VACATED, to be reset at a later date, if necessary. Signed by District Judge John A. Ross on 9/6/17. (JAB) (Entered: 09/06/2017) |
| 09/06/2017 | 141 | | SUPERSEDING INDICTMENT returned in open court on 9/6/2017 to Judge Henry E. Autrey by the Foreperson of the Grand Jury. Referred to Magistrate Judge David D. Noce as to Devonte Holliday (3) count(s) 1s, 3s, Anthony Hayes (4) count(s) 1s, 2s. (Attachments: # 1 Criminal Cover Sheet) WARRANTS ISSUED(DLB) (Attachment 1 replaced on 9/7/2017) (DLB). (Entered: 09/06/2017) |
| 09/06/2017 | 142 | | SUPERSEDING REDACTED INDICTMENT returned in open court on 9/6/2017 to Judge Henry E. Autrey by the Foreperson of the Grand Jury. Referred to Magistrate Judge David D. Noce as to Devonte Holliday (3): Former count 1r is now count 1rr. Former count 1s is now count 1rs. Former count 3s is now count 3rs. Anthony Hayes (4): Former count 1r is now count 1rr. Former count 1s is now count 1rs. Former count 2s is now count 2rs.. (DLB) (Entered: 09/06/2017) |
| 09/11/2017 | 150 | | Minute Entry for proceedings held before District Judge John A. Ross:Arraignment and Plea: Parties present for arraignment and plea. Defendant waives arraignment and the filing of pretrial motions, plea of guilty as to Anthony Hayes (4) Count 2rs held on 9/11/2017. Count 1rs held in abeyance until sentencing. Sentencing set for 12/15/17 @ 1:00PM before District Judge John A. Ross. Case as to Anthony Hayes no longer referred to Magistrate Judge David D. Noce. (Court Reporter:Lisa Paczkowski, Lisa_Paczkowski@moed.uscourts.gov, 314−244−7985) (FTR Gold: No) (proceedings started: 3:02PM) (proceedings ended: 4:00PM) (Defendant Location: BOND) (JAB) (Entered: 09/11/2017) |
| 09/11/2017 | 151 | | GUILTY PLEA AGREEMENT by USA, Anthony Hayes as to Anthony Hayes (JAB) (Entered: 09/11/2017) |
| 09/11/2017 | 152 | | GUILTY PLEA AGREEMENT SUPPLEMENT as to Anthony Hayes (JAB) (Entered: 09/11/2017) |
| 09/11/2017 | 154 | | |

| | | | |
|---|---|---|---|
| | | | ORDER as to Anthony Hayes: IT IS HEREBY ORDERED that the sentencing as to Defendant Anthony Hayes is set for Friday, December 15, 2017 at 1:00 p.m. IT IS FURTHER ORDERED that the deadline for filing objections, if any, to the Presentence Report is December 1, 2017. (SEE ODER FOR DETAILS) Signed by District Judge John A. Ross on 9/11/17. (JAB) (Entered: 09/12/2017) |
| 09/22/2017 | 160 | | Warrant Returned Executed as to Superseding Indictment on 9/11/2017 as to Anthony Hayes (CAR) (Entered: 09/26/2017) |
| 11/21/2017 | 179 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by Anthony Hayes (Smith, Gregory) (Entered: 11/21/2017) |
| 12/08/2017 | 205 | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Anthony Hayes (Attachments: # 1 Letter)(GZT) (Entered: 12/08/2017) |
| 12/08/2017 | 207 | | NOTICE by Anthony Hayes of: Request for Downward Variance (Smith, Gregory) (Entered: 12/08/2017) |
| 12/09/2017 | 208 | | NOTICE of Intent to Not Call Witnesses at Sentencing by Anthony Hayes (Smith, Gregory) (Entered: 12/09/2017) |
| 12/15/2017 | 213 | | SENTENCING DOCUMENT by Anthony Hayes, USA as to Anthony Hayes (Albus, Thomas) (Entered: 12/15/2017) |
| 12/15/2017 | 214 | | Minute Entry for proceedings held before District Judge John A. Ross:Sentencing as to Anthony Hayes held on 12/15/2017. Count 1 dismissed on motion of the AUSA. No objections to the PSR by either party. Sentence imposed− see judgment. (Court Reporter:Lisa Paczkowski, Lisa_Paczkowski@moed.uscourts.gov, 314−244−7985) (FTR Gold: No) (proceedings started: 1:10 pm) (proceedings ended: 1:41 pm) (Defendant Location: PROBATION) (CLO) (Entered: 12/15/2017) |
| 12/15/2017 | 216 | 13 | JUDGMENT as to Anthony Hayes (4), Count(s) 1rs, Dismissed on motion of the Government.; Count(s) 2rs, The defendant is hereby sentenced to probation for a term of: five years. This sentence shall run consecutive to any sentence that may be imposed in Docket No. 16CF1197, in Circuit Court, Du Page County, Illinois and Docket No. 16CR1565503, in Circuit Court, Cook County, Illinois. Restitution is ordered in the amount of $159,185.00. A Special Assessment of $100.00 is due immediately. Signed by District Judge John A. Ross on 12/15/2017. (CLO) (Entered: 12/15/2017) |
| 12/15/2017 | 217 | | STATEMENT OF REASONS for Sentence as to defendant Anthony Hayes Signed by District Judge John A. Ross on 12/15/2017. (CLO) (Entered: 12/15/2017) |
| 12/15/2017 | 218 | | NOTICE by Anthony Hayes of Certification of Compliance with Local Rule 12.07. (CLO) (Entered: 12/15/2017) |
| 12/20/2017 | 223 | | Marshal's Return on Judgment as to Anthony Hayes Defendant released on 5 years probation and restitution in the amount of $159,185 (KKS) (Entered: 12/20/2017) |
| 08/06/2018 | 277 | 21 | Probation Jurisdiction Transferred to Northern District of Illinois as to Anthony Hayes (CLO) (Entered: 08/06/2018) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 2 2 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) **4:17CR132 JAR/JMB**
WILLIAM CURRY, )
MATTHEW GIBSON, )
DEVONTE HOLLIDAY, )
ANTHONY HAYES, )
FONTAIN PLUMMER, )
)
Defendants. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 26, 2016, in St. Louis County within the Eastern District of

Missouri and elsewhere,

**WILLIAM CURRY,**
**MATTHEW GIBSON,**
**DEVONTE HOLLIDAY,**
**ANTHONY HAYES, and**
**FONTAIN PLUMMER,**

the Defendants herein, and others known and unknown, did knowingly and intentionally

transport, transmit and transfer stolen merchandise of a value of $5,000 or more from the State of

Missouri to the State of Illinois.

In violation of Title 18, United States Code Section 2314 and 2.

### FORFEITURE ALLEGATION

The United States Attorney further finds by probable cause that:



GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY:

8

1.    Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 2314 as set forth in Count I, the defendants shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to such violation(s).

2.    Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to such violation(s).

3.    Specific property subject to forfeiture includes, but is not limited to, the following:

   a) Chanel Handbag; SKU: #3572636321479, Color: Red, Style: Red Coco Curve, Authenticity #23129551;

   b) Chanel Handbag, Color: Neon Orange, Style: Patent Bag Orange Mini, Authenticity #21965445;

   c) Chanel Handbag, Color: Neon Orange, Style: Patent Bag Orange Mini, Authenticity#21965450;

   d) Chanel Handbag, SKU: 3572637289280, Color: Navy Blue, Style: Navy Bucket, Authenticity #23529023;

   e) Chanel Handbag, SKU: 3572637626276, Color: Black, Authenticity #23482393;

   f) Chanel Handbag, SKU: 3572635035681, Color: Neon Blue, Style: Blue Patent Boy, Authenticity #21946770;

   g) Chanel Handbag, SKU: 3572635872453, Color: Pink, Style: Pink Chevron, Authenticity #22070146;

h) Chanel Handbag, SKU #3572637293365, Color: Navy Blue, Style: Navy Boy, Authenticity #23385532;

i) Chanel Handbag, SKU: 3572637621417, Color: Blue, Style: Jumbo Classic, Authenticity #23599795;

j) Chanel, SKU: 3572632133199, Color: Maroon, Style: Wallet, Authenticity #19660520;

k) Chanel, SKU: 3572632133199, Color: Maroon, Style: Wallet, Authenticity #19660493;

l) Chanel Handbag, SKU: 3572637625187, Color: Blue/Ivory, Style: Mini-Boy, Authenticity #23562542;

m) Chanel Handbag, SKU: 3572637038451, Color: Red, Authenticity #23240035;

n) Chanel Handbag, SKU: 3572637292389, Color: Pink, Style: Pink Boy, Authenticity #23387315;

o) Chanel Handbag, SKU: 35726376252930, Color: Pink/Ivory, Style: Small Boy, Authenticity #23557803;

p) Givenchy Handbag, SKU: 3594655628247, Color: Night Blue;

q) Chanel Handbag, SKU: 3572635939231, Color: Black, Style: Chevron-Bucket Urban Spirit;

r) Chanel Handbag, Color: Pink, Style: Pale Pink Mini;

s) Chanel Handbag, SKU: 3572635520422, Color: Blue, Style: Denim Classic;

t) Chanel Handbag, SKU: 3572635872552, Color: Black, Style: Black

Chevron Med Mag;

u) Chanel Handbag, SKU: 3572635872552, Color: Black, Style: Black Chevron Med Mag;

v) Chanel Handbag, SKU: 3572637289020, Color: Red, Style: Red Mini Bucket, Authenticity #23395103;

w) Chanel Handbag, SKU: 3572637289020, Color: Red, Style: Red Mini Bucket, Authenticity #23395767;

x) Chanel Handbag, SKU: 3572637289051, Color: Black, Style: Black Mini Bucket;

y) Chanel Handbag, SKU: 3572637625187, Color: Red, Style: Jumbo Classic, Authenticity #23599795;

z) Chanel Handbag, SKU: 3572637292372, Color: Fuchsia Pink, Style: Small Boy, Authenticity #23321976;

aa) Chanel Handbag, SKU: 3572637239353, Color: Black, Style: CC Trendy;

bb) Chanel Handbag, SKU: 3572637241035, Color: Black, Style: Tote Bus Affinito;

cc) Chanel Handbag, SKU: 3572637530245, Color: Coral, Style: Natural Coral Mini, Authenticity #23555161; and

dd) Chanel Handbag, SKU: 3572367626252, Color: Khaki/Brown, Style: Khaki Tote, Authenticity #23579069.

4.   If any of the property described above, as a result of any act or omission of the defendant(s):

a.   cannot be located upon the exercise of due diligence;

11

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____<br>FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney

AO 245B (Rev. 09/17)

Sheet 1- Judgment in a Criminal Case

# United States District Court
## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

Anthony Hayes

### JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 4:17CR00132-4 JAR

USM Number: 52007-424

**THE DEFENDANT:**

Gregory N. Smith
Defendant's Attorney

☒ pleaded guilty to count(s)   2 of a three-count Superseding Indictment on September 11, 2017.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2314 | Transportation of Stolen Property | November 26, 2016 | 2 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) 1 of the Superseding Indictment   is   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 15, 2017

Date of Imposition of Judgment

Signature of Judge

John A. Ross

United States District Judge

Name & Title of Judge

December 15, 2017

Date signed

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY:

Record

AO 245B (Rev. 09/17)    Judgment in Criminal Case    Sheet 4 -Probation

Judgment-Page ___2___ of ___7___

DEFENDANT: _____Anthony Hayes_____
CASE NUMBER: _4:17CR00132-4 JAR_
District: ___Eastern District of Missouri___

## PROBATION

The defendant is hereby sentenced to probation for a term of:

five years. This sentence shall run consecutive to any sentence that may be imposed in Docket No. 16CF1197, in Circuit Court, Du Page County, Illinois and Docket No. 16CR1565503, in Circuit Court, Cook County, Illinois.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

5.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

6.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

7.  ☒ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*

8.  You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.

9.  If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.

10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

14

AO 245B (Rev. 09/17)    Judgment in Criminal Case    Sheet 4A -Probation

Judgment-Page ___3___ of ___7___

DEFENDANT: Anthony Hayes
CASE NUMBER: 4:17CR00132-4 JAR
District:    Eastern District of Missouri

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature _____    Date _____

15

DEFENDANT: ___Anthony Hayes___

CASE NUMBER: ___4:17CR00132-4 JAR___

District: ___Eastern District of Missouri___

## ADDITIONAL PROBATION TERMS

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You must apply all monies received from any anticipated and/or unexpected financial gains, including any income tax refunds, inheritances, or judgments, to the outstanding Court-ordered financial obligation. You must immediately notify the probation office of the receipt of any indicated monies.

If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

You must participate in a vocational services program and follow the rules and regulations of that program. Such a program may include job readiness training and skills development training.

You must participate in a cognitive behavioral treatment program as directed by the probation office.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

You must participate in the Location Monitoring Program for a period of 4 months. During this time, you will remain at your place of residence at all times and shall not leave except when such leave is approved in advance by the probation office. As determined by the probation officer, you may be required to maintain a telephone at your place of residence without any service that would interfere with the operation of the location monitoring equipment for the above period. At the discretion of the probation officer, unless otherwise ordered by the Court, you may be required to wear a location monitoring device that may include Global Positioning System and/or Random Tracking. You must follow location monitoring procedures specified by the probation office.

AO 245B (Rev. 09/17)  Judgment in Criminal Case    Sheet 5 - Criminal Monetary Penalties

Judgment-Page __5__ of __7__

DEFENDANT: _____Anthony Hayes_____
CASE NUMBER: 4:17CR00132-4 JAR
District: __Eastern District of Missouri__

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| Totals: | $100.00 | | | $159,185.00 |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Saks Fifth Avenue | | $159,185.00 | |
| Attn: Restitution | | | |
| 12 E. 49th Street Floor 2 | | | |
| New York, New York 10017 | | | |
| | | | |
| Totals: | | $159,185.00 | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ The interest requirement is waived for the.    ☐ fine    ☒ restitution.

☐ The interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

17

AO 245B (Rev. 09/17)    Judgment in Criminal Case    Sheet 5A - Criminal Monetary Penalties

Judgment-Page __6__ of __7__

DEFENDANT: _____Anthony Hayes_____

CASE NUMBER: _4:17CR00132-4 JAR_

District: __Eastern District of Missouri__

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

$159,185 of this obligation is joint and several with Dejuan Wingard, Darius Bowdry, Derrick Crowder, Terrence Bell, Julian Campbell, Keyshyala Thomas and Mario Washington, in Docket No. 4:16CR00522 AGF, and with William Curry, Matthew Gibson, Devonte Holliday and Fontain Plummer in Docket No. 4:17CR00132 JAR, meaning that no further payments shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injuries. Should future additional defendants be determined to be responsible for the same loss, this obligation shall be joint and several, meaning that no further payments shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injuries. Payments of restitution shall be made to the Clerk of the Court for transfer to the victims. The interest requirement for the restitution is waived.

All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in full immediately, then the defendant shall make payments in monthly installments of at least $100, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days from this date. Until all criminal monetary penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation Unit, of any material changes in the defendant's economic circumstances that might affect the defendant's ability to pay criminal monetary penalties. The defendant shall notify this district's United States Attorney's Office, Financial Litigation Unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remains unpaid.

Judgment-Page ___7___ of ___7___

DEFENDANT: Anthony Hayes

CASE NUMBER: 4:17CR00132-4 JAR

District: Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $100.00 special assessment    due immediately, balance due

      ☐ not later than _____ , or

      ☒ in accordance with  ☐ C,  ☐ D, or  ☐ E below; or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with    ☐ C,  ☐ D, or  ☐ E below; or ☐ F below; or

C ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
    _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
    _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a

    term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

**See page 6 of this Judgment for instructions regarding payment of RESTITUTION.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ **Joint and Several**
    Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

159,185 of this obligation is joint and several with Dejuan Wingard, Darius Bowdry, Derrick Crowder, Terrence Bell, Julian Campbell, Keyshyala Thomas and Mario Washington, in Docket No. 4:16CR00522 AGF, and with William Curry, Matthew Gibson, Devonte Holliday and Fontain Plummer in Docket No. 4:17CR00132 JAR, meaning that no further payments shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injuries. Should future additional defendants be determined to be responsible for the same loss, this obligation shall be joint and several, meaning that no further payments shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injuries.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

The Defendant agrees to forfeit all of the Defendant's interest in all items seized by law-enforcement officials during the course of their investigation.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5)fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT: Anthony Hayes
CASE NUMBER: 4:17CR00132-4 JAR

USM Number: 52007-424

## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐ The Defendant was released on _____ to _____ Probation

☐ The Defendant was released on _____ to _____ Supervised Release

☐ and a Fine of_____ ☐ and Restitution in the amount of_____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

17CR 217  MAGISTRATE JUDGE FINNEGAN

| PROB 22 (Rev. 04/17) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 4:17CR00132-4 JAR |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Anthony Hayes Cook County Jail 2700 S California Ave Chicago, IL 60608 | Eastern District of Missouri | Eastern Division St. Louis, MO |

**FILED**

JV AUG 3 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| NAME OF SENTENCING JUDGE The Honorable John A. Ross United States District Judge | | |
|---|---|---|
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 15, 2017 | TO December 14, 2022 |

**OFFENSE**

Ct. 2: Transportation of Stolen Property

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/23/2018
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/1/18
*Effective Date*

*United States District Judge*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ BROOK GUDAUSKY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
August 3, 2018

21

PROB 12AS (08/16)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Report on Offender Under Supervision

Name of Offender:  Anthony Hayes                    Case Number: 4:17CR00132-4 JAR

Name of Sentencing Judicial Officer:    The Honorable John A. Ross
United States District Judge

Date of Original Sentence: December 15, 2017

Original Offense: Ct. 2: Transportation of Stolen Property

Original Sentence: 5 years probation

Type of Supervision: Probation                    Date Supervision Commenced: December 15, 2017
Expiration Date: December 14, 2022

---

### SUPERVISION SUMMARY

Since the commencement of supervision, Hayes has been supervised by the Northern District of Illinois. The U.S. Probation Office in the Northern District of Illinois advised Hayes is currently detained for Felon in Possession of a Firearm and had a recent arrest for Possession of a Controlled Substance, the latter was later dismissed.

The Northern District of Illinois is requesting a transfer of jurisdiction in order to address the violations in their Court.

PROB 12AS (08/16)
Anthony Hayes
4:17CR00132-4 JAR

**RECOMMENDATION:** It is respectfully recommended Hayes jurisdiction be transferred to the Northern District of Illinois in order to address the violations. Attached please find a Form 22, please return same to the Probation Office.

Approved,

Respectfully submitted,

by    _Julie A. O'Keefe_
Julie A. O'Keefe
Supervising U.S. Probation Officer
Date: July 18, 2018

by    _Michael Alvarez_
Michael Alvarez
U.S. Probation Officer
Date: July 18, 2018

---

☑   I agree with the recommendation of the Probation Officer
☐   Discharge from
☐   Other

_____
Signature of Judicial Officer

7/23/2018
Date

I:\Supervision\12AS\Hayes, Anthony 12AS 417CR00132-4 JAR 07-18-2018.docx

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY:

2

23